(118 So. 926)

Luck POWELL v. STATE. (1 Div. 830.) Court of Appeals of Alabama. Nov. 27, 1928.

Thomas E. Knight, Judge.

RICE, J. Affirmed.

---

(112 So. 924)

John PRATER v. STATE. (7 Div. 327.) Court of Appeals of Alabama. April 19, 1927.

R. B. Carr, Judge.

E. O. McCord & Son, of Gadsden, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

No briefs reached the Reporter.

BRICKEN, P. J. By express terms of the statute a party aggrieved, or desiring to bring a charge of misdemeanor before the county court, may apply to the judge thereof, or to some justice of the peace of the county, for a warrant of arrest, etc. Code 1923, § 3815. By this statutory provision the justice of the peace, who issued the original warrant of arrest in this case, had the authority to make said warrant returnable to the county court. The charge, as it appears in this record, is for an assault, and of this offense the county court had jurisdiction. The motion, therefore, to quash in the circuit court was without merit, and was properly overruled. The appeal here is rested upon the record proper, there being no bill of exceptions. We discover no error upon the record, and the judgment of conviction in the circuit court, from which this appeal is taken, will stand affirmed. Affirmed.

---

(116 So. 926)

Harold PRICE v. STATE. (6 Div. 216.) Court of Appeals of Alabama. April 24, 1928.

Henry B. Foster, Judge. Embezzlement and grand larceny.

SAMFORD, J. Appeal dismissed.

---

(111 So. 926)

Will PRIEST v. CITY OF HUNTSVILLE. (8 Div. 519.) (Court of Appeals of Alabama. Feb. 1, 1927.)

O. Kyle, Judge.

RICE, J. Affirmed.

---

(114 So. 925)

Dan PRINCE v. STATE. (5 Div. 656.) Court of Appeals of Alabama. Nov. 29, 1927.

George F. Smoot, Judge.

SAMFORD, J. Appeal dismissed.

---

(115 So. 925)

William T. PRITCHETT v. STATE. (3 Div. 575.) Court of Appeals of Alabama, Jan. 17, 1928.

Walter B. Jones, Judge. E. T. Graham, of Montgomery, for appellant. Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Affirmed.

---

(115 So. 925)

Jim PRUITT v. STATE. (8 Div. 615.) Court of Appeals of Alabama. Feb. 7, 1928.

James E. Horton, Judge.

BRICKEN, P. J. In this case the accused, appellant here, was tried and convicted for a violation of the state prohibition laws. From the judgment of conviction he appealed. There is no bill of exceptions. The record proper, upon which this appeal is rested, is regular and without error. The judgment of conviction in the lower court is affirmed. Affirmed.

---

(115 So. 925)

Arthur RAKESTRAW v. STATE. (7 Div. 437.) Court of Appeals of Alabama. March 20, 1928.

Woodson J. Martin, Judge. Distilling.

RICE, J. Affirmed.

---

(112 So. 925)

John RAMER v. STATE. (4 Div. 266.) Court of Appeals of Alabama. April 12, 1927.

W. L. Parks, Judge.

RICE, J. Appeal dismissed.

---

(112 So. 925)

Birch RAMSEY v. STATE. (8 Div. 572.) Court of Appeals of Alabama. May 24, 1927.

James E. Horton, Judge.

RICE, J. Affirmed.

---

(116 So. 926)

Hollis RAMSEY v. STATE. (4 Div. 381.) Court of Appeals of Alabama, May 8, 1928.

W. L. Parks, Judge. D. A. Baker, of Troy, for appellant. Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted on a charge of unlawfully possessing a still and appeals. We have read this record en banc, and without entering into a detailed discussion of the testimony we are clear to the conclusion that the state has utterly failed to meet the burden of proof resting upon it, and the court should have given the general charge for the defendant as requested in writing. For this error the judgment is reversed and the cause remanded. Reversed and remanded.

---

(118 So. 926)

Wesley RAY v. STATE. (7 Div. 426.) Court of Appeals of Alabama. June 26, 1928. Rehearing Denied Aug. 7, 1928.

R. B. Carr,